IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 56-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| YUMARKUA LITTLEJOHN. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned pursuant to an Unopposed Motion to Withdraw Due as Counsel of Record and Request to Appoint Substitute Counsel (#18) and an Unopposed Motion to Withdraw Motion to Withdraw as Counsel of Record (#22). It appearing that good cause has been shown for the granting of the motion to withdraw the motion to withdraw (#22), the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion to Withdraw Motion to Withdraw as Counsel of Record (#22) is **ALLOWED** and the Unopposed Motion to Withdraw Due as Counsel of Record and Request to Appoint Substitute Counsel (#18) is considered to be **DENIED**.

Signed: June 14, 2016

Dennis L. Howell
United States Magistrate Judge